# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 12, 2025

**BY ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Dario Medina,
24 Cr. 645 (JPO)**

Dear Judge Oetken:

I write to request that the Court authorize and direct Pretrial Services to return Medina's passport to him or to a representative or the Federal Defenders of New York. Mr. Medina surrendered his passport to Pretrial as part of his bail conditions. Now that he has been sentenced, we request that he be permitted to resume possession of this important identity document.

The government consents to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Medina's passport and return it to him or his designated representative.
>   So ordered:
> 5/13/2025

J. PAUL OETKEN
United States District Judge